# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number: 1:11CR00396-LJO -SK0 |
| Plaintiff, ) | **REVISED STIPULATION TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| v. ) | **HEARING; ORDER** |
| STACY HODGES, ) | |
| Defendant. ) | Date: April 30, 2012 |
| ) | Time: 1:00 p.m. |
| ) | Judge: Magistrate Judge Shelia K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, counsel for Plaintiff, and counsel for Defendant, STACY HODGES, that the hearing currently set for April 30, 2012 at 1:00 p.m., **may be rescheduled to May 7, 2012 at 1:00 p.m.**

This continuance is requested by counsel for defendant due to an unexpected death in family whereas counsel would be attending a funeral services on this date.

The parties agree that the delay resulting from the continuance shall be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. §§3161(h)(7)(B)(I) and (iv), and that good

/ / /

/ / /

/ / /

/ / /

cause exists, and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 25, 2012                              Respectfully submitted,


                                    /s/ Gary Huss
                                    Attorney for Defendant,
                                    STACY HODGES


Dated: April 25, 2012                              BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Elana Landau
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**




IT IS SO ORDERED.

**Dated:    April 26, 2012**                              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE